CATHERINE M. MORRISON et al., Appellants, *v.* NEW YORK RAPID TRANSIT CORPORATION, Respondent.

Argued March 7, 1940; decided April 9, 1940.

*Sidney J. Feltenstein* and *Joseph J. Stern* for appellants.
*Andrew F. Van Thun, Jr.,* and *W. Harry Sefton* for respondent.

Judgment of the Appellate Division reversed and that of the Trial Term affirmed, with costs in this court and in the Appellate Division, on the ground that a question of fact was presented by the evidence. No opinion.

Concur: LOUGHRAN, RIPPEY, SEARS and CONWAY, JJ. Dissenting: LEHMAN, Ch. J., FINCH and LEWIS, JJ.